In the Matter of the General Assignment for the Benefit of Creditors of IRVING L. FEINSAND, Assignor, to WILLIAM H. BISNOFF, Assignee, Respondent; JOSEPH P. WARTA, Sheriff of Suffolk County, Appellant.— Order adjudging that the sheriff of Suffolk county has not made valid levies under two certain judgments and directing such sheriff to pay over the sum of $139.99 to the assignee, respondent, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The provision contained in the execution issued upon the Wicksel judgment, making it returnable to New York county instead of to Suffolk county, was of no " consequence, because the law and not the direction contained in the paper was controlling upon the sheriff. (*Wright* v. *Nostrand*, 94 N. Y. 31, 48.)" (*Matter of Kupfer & Co.*, 165 App. Div. 570.)

The sheriff made a prior valid levy under the Koch judgment and this inured also as a levy under the Shattuck judgment. (*Peck* v. *Tiffany*, 2 N. Y. 451; *Van Winkle* v. *Udall*, 1 Hill, 559.) Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.